COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Andreas Marcopoulos v. The State of Texas

Appellate case number:   01-15-00317-CR

Trial court case number:  1440970

Trial court:              248th District Court of Harris County

It is **ordered** that the motion for en banc reconsideration is denied.

Judge's signature: /s/ Laura C. Higley
                      Acting for the En Banc Court

En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.

A majority of the justices of the Court voted to deny the motion for en banc reconsideration.

Justices Jennings, Keyes, and Lloyd dissent from the denial of en banc reconsideration.

Date: July 7, 2016